UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN SANTOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CRISTIAN VELAZQUEZ; MYRTA LUNA; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 3:24-cv-01390-WQH-DDL<br><br>**ORDER GRANTING REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>**[Dkt. No. 10]** |

　　Before the Court is Plaintiff's request to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") and related dates by approximately 30 days. Dkt. No. 10. Plaintiff relates that his counsel recently underwent major surgery, from which he is still recovering, and that the parties are engaged in productive settlement discussions. *See id.*

　　Plaintiff's motion does not comply with the undersigned's Chambers Rules in several respects. First, Plaintiff unilaterally filed the motion. *See* Chambers Rules for Magistrate Judge David D. Leshner, § III.E. (providing that requests to continue dates should be brought as a single motion and signed by all parties."). Second,

ORDER - 1

Plaintiff does not state whether he met and conferred with Defendants regarding his request, or, if so, whether there was any objection. *See id.*, § III.A (requiring parties to meet and confer on all matters). Third, the motion was filed on the date of the first deadline affected, without explanation as to why it could not have been brought earlier. *See id.*, § III.E (providing that last-minute motions for continuance will be denied). Going forward, the Court expects counsel and the parties to adhere to its rules and may strike further noncompliant filings.

Notwithstanding counsel's failure to comply with the undersigned's rules, however, the Court finds counsel's ongoing recovery and the parties' settlement efforts establish good cause for the requested continuance, and that no party will be prejudiced by a brief continuance of the ENE and CMC. Accordingly, the Motion is **GRANTED**. The Court further **ORDERS** as follows:

The ENE and CMC are hereby continued to **December 2, 2024** at **9:00 a.m.** by Zoom. Instructions for appearances will be provided to the parties in advance of the conference.

By not later than **November 18, 2024**, each party shall provide by email to the undersigned's chambers (efile_leshner@casd.uscourts.gov) the name and title of each participant in the conference, an email address for lead counsel (or the party, if self-represented) to receive the link to the conference, and a telephone number where lead counsel (or the party, if self-represented) may be reached in the event of technical difficulties.

By not later than **November 18, 2024**, the parties shall meet and confer ***in person at the subject premises*** regarding settlement of (1) the alleged premise violations, and (2) damages, costs, and attorneys' fees. Counsel and any unrepresented party shall have the authority to negotiate a settlement at this meeting. Plaintiff's counsel shall be responsible to arrange the conference. The meet and confer obligation cannot be satisfied by telephone or the exchange of letters.

/ / /

ORDER - 2

By not later than **November 25, 2024**, the parties shall lodge with Magistrate Judge Leshner's chambers a joint statement no longer than two (2) pages, certifying that the required in-person conference between counsel has taken place and setting forth the results of the meet and confer and the issues remaining to be discussed at the ENE.

Also by not later than **November 25, 2024**, the parties may, but are not required to, submit a confidential ENE Statement by email to Judge Leshner's chambers (efile_Leshner@casd.uscourts.gov). The requirements and page limitations for the ENE Statements remain as set forth in the Court's September 4, 2024 Order [Dkt. No. 5].

The parties must exchange the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A-D) on or before **November 25, 2024**. The parties shall file a proposed discovery plan pursuant to Federal Rule of Civil Procedure 26(f)(3) by not later than **November 18, 2024**. The deadline to conduct the conference pursuant to Federal Rule of Civil Procedure 26(f) has already passed (*see* Dkt. No. 5 at 6); however, to the extent the parties have not conducted this conference, they must do so by not later than **October 30, 2024**.

**The foregoing deadlines will not be continued further.** Except as explicitly modified herein, all instructions, deadlines, and mandatory procedures set forth in the Court's September 4, 2024 Order remain in effect.

**IT IS SO ORDERED.**

Dated: October 23, 2024

Hon. David D. Leshner
United States Magistrate Judge