UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ESTEBAN SANTOS, | Case No.: 24-cv-1390-WQH-DDL |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CRISTIAN VELAZQUEZ; MYRTA LUNA; and DOES 1–10, | |
| Defendants. | |

HAYES, Judge:

On April 3, 2025, Plaintiff Esteban Santos filed a Notice of Voluntary Dismissal Pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(i) ("Notice of Voluntary Dismissal") notifying the Court that "Plaintiff Esteban Santos voluntarily dismisses this action with prejudice as to all Defendants." (ECF No. 17 at 2.)

The Court construes the Notice of Voluntary Dismissal as a request that the Court close the case under Federal Rule of Civil Procedure ("FRCP") 41(a)(1)(A)(i). FRCP 41(a)(1)(A)(i) permits a plaintiff to dismiss an action without a Court order only if "notice of dismissal [is filed] before the opposing party serves either an answer or a motion for summary judgment." Defendants Cristian Velazquez and Myrta Luna have filed answers to Plaintiff's Complaint, rendering FRCP 41(a)(1)(A)(i) inapplicable. (*See* ECF Nos. 4; 9.)

1  IT IS HEREBY ORDERED that the Notice of Voluntary Dismissal is denied for
2  failure to comply with FRCP 41. Any future request for dismissal with prejudice under
3  FRCP 41(a)(1)(A) will require "a stipulation of dismissal signed by all parties who have
4  appeared" in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: April 15, 2025

*[signature]*
Hon. William Q. Hayes
United States District Court